UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00141

**Arnold Aguirre,**
*Plaintiff,*

v.

**Securus Technology et al.,**
*Defendants.*

# ORDER

 Plaintiff Arnold Aguirre, an inmate currently confined at the Texas Department of Criminal Justice (TDCJ) Michael Unit, proceeding pro se and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. Doc. 3. On July 29, 2024, the magistrate judge issued a report recommending that plaintiff's complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Doc. 12. Plaintiff acknowledged receipt of the report on August 5, 2024. Doc. 13. Plaintiff did not file objections to the report, and the timeframe for doing so has passed.

 When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 12). Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Any motions pending in this civil action are dismissed as moot.

*So ordered by the court on December 17, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge